# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

THOMAS J. NESTOR,

    Plaintiff,

v.                                                 Case No: 8:20-cv-265-T-36TGW

VPC3 II, LLP, a Florida Limited Liability,
N.E. APARTMENTS ASSOCIATES, INC.,
a Florida Corporation, and JACK DAY, In
his official capacity for declatory judgment
only,

    Defendants.

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. The Complaint in this action was filed on **February 3, 2020**. Plaintiff has failed to effect service on the Defendant(s) within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court. Therefore, it is

**ORDERED** that Plaintiff shall **SHOW CAUSE** within **fourteen (14)** days from the date of this Order why the Complaint against the Defendant(s) should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal of this case without further notice from the Court.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of December 2020.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Any Unrepresented Party