UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS NESTOR,

    Plaintiff,

v.                                        Case No. 8:20-cv-00265-T-36TGW

VPC3 II, LLP, N.E. APARTMENTS
ASSOCIATES, INC. and JUDGE
JACK DAY, in his official capacity,

    Defendants.
_____/

**DEFENDANTS VPC3 II, LLP AND N.E. APARTMENTS
ASSOCIATES, INC.'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendants VPC3 II, LLP and N.E. Apartments Associates, Inc. file this Request for Judicial Notice and respectfully request the Court take judicial notice of the documents set forth below. Rule 201(b) provides: "The Court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." And pursuant to Rule 201(c)(2), *Fed. R. Evid.*, the court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Here, the documents subject to this request are public records, and accordingly, judicial notice is appropriate. *E.g., Horne v. Potter*, 392 Fed. Appx. 800, 802 (11th Cir. 2010)(judicial

notice taken of documents filed in previous case); *Rossy v. Lupkin*, 2017 WL 20172062, at *3 (M.D. Fla. May 17, 2017)(judicial notice taken of documents filed in state court proceedings).

Defendants VPC3 II, LLP and N.E. Apartments Associates, Inc. request this Court to take judicial notice of all the documents filed in court by the parties, including the following documents, true and accurate copies of which are attached hereto:

***Thomas J. Nestor v. VPC3 II, LLP*, pending in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 14-2358-CI**

1. Complaint, filed March 26, 2014 (Filing # 11774201).

2. Answer and Affirmative Defenses to Counterclaim for Declaratory Judgment, filed May 22, 2014 (Filing # 13977498).

3. Answer and Affirmative Defenses, filed June 2, 2014 (Filing # 14327110).

4. Counterclaim for Declaratory Judgment, filed June 2, 2014 (Filing # 14322463).

5. Motion to Deposit Payments into the Registry of the Court, filed June 3, 2014 (Filing # 14371295).

6. Motion for Leave to Amend Affirmative Defenses, filed June 17, 2014 (Filing # 14921139).

7. Motion for Supplemental Relief Pursuant to Florida Statues, Section 86.061, filed June 24, 2014 (Filing # 15191788).

8. Order Granting Motion to Intervene of N.E. Apartments Associates, Inc., dated July 1, 2014.

9. Order Approving Pretrial Stipulations, dated June 19, 2014.

10. Joint Motion for Order Approving Settlement Agreement and Mutual Release, filed July 3, 2014 (Filing # 15552573).

11. Order Granting Joint Motion to Approve Settlement Agreement and Mutual Release, dated July 9, 2014.

12. Intervenor, N.E. Apartments Associates, Inc.'s Emergency Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs, filed July 23, 2014 (Filing # 16242567).

13. VPC's Emergency Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs, filed July 23, 2014 (Filing # 16240327).

14. Amendment to VPC's Emergency Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs, filed August 26, 2014 (Filing # 17540724).

15. Deposition transcript of Thomas J. Nestor dated August 28, 2014, Volume I, filed September 3, 2014 (Filing # 17817330)

16. Email chain dated July 19, 2014 with attachments, filed September 4, 2014 (Filing # 17848348).

17. Order Granting VPC's Emergency Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs and Intervenor, N.E. Apartments Associates, Inc.'s Emergency Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs, dated September 22, 2014.

18. Order Denying Emergency Motion for Stay Pending Appeal, dated September 23, 2014.

19. Amended Motion for Stay Pending Appeal, filed September 30, 2014 (Filing # 18830413).

20. Notice of Filing September 4, 2014 hearing transcript and HUD Settlement Statement, filed December 12, 2014 (Filing # 21572433).

    a. Hearing Transcript of Proceedings Held Before The Honorable Jack Day, September 4, 2014, filed December 12, 2014 (Filing # 21572433).

    b. Exhibit - U.S. Department of Housing and Urban Development Settlement Statement, filed December 12, 2014 (Filing # 21572433).

21. Second District Court of Appeal Order dated February 3, 2015, filed February 5, 2015.

22. Second District Court of Appeal Order dated May 14, 2015, filed May 18, 2015.

23. Motion for Amended Final Order *Nunc Pro Tunc* to September 19, 2014, filed June 9, 2015 (Filing # 28247612).

24. Agreed Order on Thomas J. Nestor's Motion for Issuance of Final Order and VPC3 II, LLP's Motion for Amended Final Order *Nunc Pro Tunc* to September 19, 2014, dated June 10, 2015.

25. Second District Court of Appeal Mandate dated December 30, 2015, filed January 4, 2016.

***Thomas J. Nestor v. VPC 3, II, LLP and N.E. Apartments Associates, Inc.,* District Court of Appeal of the State of Florida, Second District, Lakeland, Florida, Case No. 2D14-4514**

26. Notice of Appeal filed by Thomas J. Nestor, Plaintiff/Appellant, September 23, 2014 (Filing # 18547361).

27. Appellant's Amended Initial Brief, filed on February 2, 2015 (Filing # 23222093).

28. Answer Brief of Appellees VPC3 II, LLP and N.E. Apartments Associates, Inc., filed on February 23, 2015 (Filing # 24103228).

29. Appellant's Reply Brief, filed on March 14, 2015 (Filing # 24885941).

30. Opinion (*per curiam, affirmed)*, filed on September 25, 2015.

31. Appellant's Motion for Written Opinion, Motion for Certification, Motion for Rehearing and Motion for Rehearing En Banc, filed on October 8, 2015 (Filing # 33013788).

32. Appellees' Response to Appellant's Motion for Written Opinion, Motion for Certification, Motion for Rehearing and Motion for Rehearing En Banc, filed October 19, 2015 (Filing #33385034).

33. Order denying motions for rehearing, rehearing en banc, certification and issuance of a written opinion, dated November 20, 2015.

34. Mandate, dated December 30, 2015.

*Thomas J. Nestor v. VPC 3 II, LLP and NE Apartments Associates, Inc.*, **Supreme Court of the State of Florida, Case Number Not Issued.**

35. Motion for Extension of Time to File Appeal, filed January 30, 2016 (Filing # 37217810).

36. Correspondence from The Supreme Court of Florida to attorney Amber Robinson dated February 1, 2016.

37. Appellees' Memorandum in Opposition to Motion for Extension of Time, filed February 9, 2016 (Filing # 37607779).

*Thomas J. Nestor v. Nicholas E. Ekonomou, Florida Fair Housing Corp. and N.E. Apartments Associates, Inc.*, **Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 18-4648-CI**

38. Complaint, filed July 16, 2018 (Filing # 75025495).

39. Docket report dated February 23, 2021.

*Thomas J. Nestor v. VPC3 II, LLP, C3 Healthcare Management, Inc. and Northstar Real Estate Development Corp.*, **Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 19-4849-CI**

40. Amended Complaint, filed August 17, 2020 (Filing # 111894702).

41. Docket report dated February 23, 2021.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for the movants has attempted to confer with counsel for Plaintiff regarding the relief sought in this motion. Counsel for Plaintiff indicated that they are not available to confer until February 25, 2021. Thus, movants will supplement this certification in accordance with Local Rule 3.01(g).

Dated: February 24, 2021          Respectfully submitted,

                                                 */s/ Alice R. Huneycutt*
                                                 ALICE R. HUNEYCUTT, ESQUIRE
                                                 Florida Bar No. 293105
                                                 STEARNS WEAVER MILLER WEISSLER
                                                  ALHADEFF & SITTERSON, P.A.
                                                 401 E. Jackson Street, Suite 2100 (33602)
                                                 Post Office Box 3299
                                                 Tampa, Florida 33601-3299
                                                 Telephone: (813) 223-4800
                                                 Facsimile: (813) 222-5089
                                                 ahuneycutt@stearnsweaver.com
                                                 dclarke-argo@stearnsweaver.com
                                                 Attorneys for Defendants VPC3 II, LLP and
                                                 N.E. Apartments Associates, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                 */s/ Alice R. Huneycutt*
                                                 ALICE R. HUNEYCUTT, ESQUIRE
                                                 Florida Bar No. 293105

#9245346 v3