**ATTACHMENT 20b**

| A. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. | TYPE OF LOAN |
|---|---|---|---|

**Title Agency of Florida, Inc.**
19535 Gulf Boulevard, Suite C
Indian Shores, Florida 33785
727-596-0700 fax: 727-596-2657

| B. | TYPE OF LOAN |
|---|---|
| 1. ☐ FHA    2. ☐ FMHA    3. ☐ CONV. UNINS. |
| 4. ☐ VA    5. ☐ CONV. INS. |
| 6. File Number:     7. Loan Number: |
| 14-313 |
| 8. Mortgage Ins. Case No.: |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | |
|---|---|
| D. Buyer: | Boy Scout Holdings, LLC, a Florida limited liability company |
| E. Seller: | VPC 3, II, I.I.P., a Florida limited liability partnership |
| F. Lender: | |
| G. Property: | 116 - 5th Street, South<br>Saint Petersburg, Pinellas County, Florida 33701 |
| H. Settlement Agent: | Arsenault Law Office, PA |
| Place of Settlement: | 19535 Gulf Boulevard, Suite C, Indian Shores, Florida 33785  Pinellas County County |
| I. Settlement Date: | July 15, 2014 |

| J. | Summary of Buyer's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| **100. Gross Amount Due From Buyer:** | | | **400. Gross Amount Due To Seller:** | | |
| 101. | Contract Sales Price | 1,442,000.00 | 401. | Contract Sales Price | 1,442,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Buyer (line 1400) | 667.00 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| **Adjustments for Items Paid by Seller in Advance:** | | | **Adjustments for Items Paid by Seller in Advance:** | | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Parish Taxes | | 407. | County / Parish Taxes | |
| 108. | Assessments | | 408. | Assessments | |
| 109. | Closing credits due from buyer per agreement re: deposit payments | 6,000.00 | 409. | Closing credits due from buyer per agreement re: deposit payments | 6,000.00 |
| 110. | | | 410. | | |
| **120.** | **Gross Amount Due from Buyer:** | **1,448,667.00** | **420.** | **Gross Amount Due to Seller:** | **1,448,000.00** |
| **200. Amounts Paid by or in Behalf of Buyer:** | | | **500. Reductions in Amount Due to Seller:** | | |
| 201. | Deposit / Earnest Money | | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | | 502. | Settlement Charges to Seller (Line 1400) | 16,867.50 |
| 203. | Existing Loan(s) | | 503. | Existing Loan(s) | |
| 204. | Deposit funds due from buyer | 52,000.00 | 504. | Payoff of First Mortgage to Melanie Powell Family Trust | 797,189.94 |
| 205. | Additional funds due from buyer | 20,000.00 | 505. | Payoff of Second Mortgage | |
| 206. | | | 506. | Purchase Money Mortgage | |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| **Adjustments for Items Unpaid by Seller:** | | | **Adjustments for Items Unpaid by Seller:** | | |
| 210. | City / Town Taxes         *"* | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes Jan 1, 2014 thru Jul 14, 2014 | 8,382.41 | 511. | County / Parish Taxes Jan 1, 2014 thru Jul 14, 2014 | 8,382.41 |
| 212. | Assessments | | 512. | Assessments | |
| 213. | Deposit funds held by VPC | 166,000.00 | 513. | Deposit funds held by VPC | 166,000.00 |
| 214. | | | 514. | Amount due to NE Apartment Group per settlement agreement | 50,000.00 |
| **220.** | **Total Paid by / for Buyer:** | **246,382.41** | **520.** | **Total Reductions in Amount Due Seller:** | **1,038,439.85** |
| **300. Cash at Settlement from / to Buyer:** | | | **600. Cash at Settlement to / from Seller:** | | |
| 301. | Gross Amount due from Buyer (line 120) | 1,448,667.00 | 601. | Gross Amount due to Seller (line 420) | 1,448,000.00 |
| 302. | Less Amount Paid by/for Buyer (line 220) | 246,382.41 | 602. | Less Reductions Amount due Seller (line 520) | 1,038,439.85 |
| **303.** | **Cash From Buyer:** | **$1,202,284.59** | **603.** | **Cash To Seller:** | **$409,560.15** |

Buyer Initials: _____ Charles J. Bruck

Seller Initials: _____ Philip J. Powell

HUD-1 May 2007
July 15, 2014 5:00 PM

Settlement Date: July 15, 2014

File Number: 14-313

| L. Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales / Broker's Commission:** Based on Price $1,442,000.00 Division of Commission as follows | | |
| 701. | | |
| 702. | | |
| 703. Commission Paid at Settlement | | |
| **800. Items Payable in Connection with Loan:** | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| **900. Items Required by Lender to be Paid in Advance:** | | |
| 901. Daily interest charge from Jul 15, 2014 | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. Flood Insurance Premium | | |
| **1000. Reserves Deposited with Lender:** | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes | | |
| 1005. Annual Assessments | | |
| **1100. Title Charges:** | | |
| 1101. Settlement or Closing Fee to Arsenault Law Office, PA | 400.00 | 400.00 |
| 1102. Abstract or Title Search to Attorneys' Title Fund Services, LLC | | 125.00 |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney Fees (includes above item numbers: | | |
| 1108. Title Insurance to Old Republic National Title Insurance Company & Title Agency of Florida, Inc. (includes above item numbers: | | 6,180.00 |
| 1109. Lender's Coverage 0.00 | | |
| 1110. Owner's Coverage 1,442,000.00   Risk Rate Premium: $6,180.00 | | |
| **1200. Government Recording and Transfer Charges:** | | |
| 1201. Recording Fees:   Deed   27.00   Mortgage   0.00   Releases   0.00 | 27.00 | |
| 1202. City/County Tax/Stamps:   Deed   0.00   Mortgage   0.00 | | |
| 1203. State Tax/Stamps:   Deed   10,094.00   Mortgage   0.00 | | 10,094.00 |
| 1204. Intangible Tax to Clerk of the Circuit Court | | |
| 1205. Record Royalty Agreement to Clerk of the Circuit Court | 95.00 | |
| 1206. Record TDR Agreement to Clerk of the Circuit Court | 95.00 | |
| 1207. Record LLP Affidavit / Resolution to Clerk of the Circuit Court | | 18.50 |
| **1300. Additional Settlement Charges:** | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. FedEx / wire fees to Arsenault Law Office, PA | 50.00 | 50.00 |
| **1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | **$667.00** | **$16,867.50** |

Buyer Initials: _____ Charles J. Bruck

Seller Initials: _____ Philip J. Powell

Settlement Date: July 15, 2014                                                    File Number: 14-313

A.        U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                           SETTLEMENT STATEMENT
                    **Title Agency of Florida, Inc.**
                      19535 Gulf Boulevard, Suite C
                       Indian Shores, Florida 33785
                    727-596-0700 fax: 727-596-2657

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. SUBSTITUTE FORM 1099 SELLERS STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.
SELLER INSTRUCTIONS: To determine if you have to report the sale or exchange of your primary residence on your tax return, see the Schedule D (Form 1040) instructions. If the real estate was not your primary residence, complete the applicable parts of Form 4797, Form 6252, and/or Schedule D (Form 1040). You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

            Boy Scout Holdings, LLC, a Florida limited liability company          VPC 3, II, LLP,  a Florida limited liability partnership

Buyer:    _____          Seller:  _____
            Charles J. Bruck, Manager                                      Philip J. Powell, Authorized Signatory

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent:  _____                         Date:   July 15, 2014

WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
July 15, 2014 5:00 PM