# ATTACHMENT 25

# M A N D A T E

from

**DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**

## SECOND DISTRICT

THIS CAUSE HAVING BEEN BROUGHT TO THIS COURT BY APPEAL, AND AFTER DUE CONSIDERATION THE COURT HAVING ISSUED ITS OPINION;

YOU ARE HEREBY COMMANDED THAT SUCH FURTHER PROCEEDINGS BE HAD IN SAID CAUSE, IF REQUIRED, IN ACCORDANCE WITH THE OPINION OF THIS COURT ATTACHED HERETO AND INCORPORATED AS PART OF THIS ORDER, AND WITH THE RULES OF PROCEDURE AND LAWS OF THE STATE OF FLORIDA.

WITNESS THE HONORABLE CRAIG C. VILLANTI CHIEF JUDGE OF THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, SECOND DISTRICT, AND THE SEAL OF THE SAID COURT AT LAKELAND, FLORIDA ON THIS DAY.

DATE: December 30, 2015

SECOND DCA CASE NO. 2D14-4514

COUNTY OF ORIGIN: Pinellas

LOWER TRIBUNAL CASE NO. 14-2358-CI

CASE STYLE: THOMAS J. NESTOR     v.   VPC311, LLP.,

*Mary Elizabeth Kuenzel*
Mary Elizabeth Kuenzel
Clerk

cc: (Without Attached Opinion)

Luke Charles Lirot, Esq.     Ama N. Appiah, Esq.     Alice R. Huneycutt, Esq.
Darrin J. Quam, Esq.         Thomas Nestor

mep

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS J. NESTOR, )
)
    Appellant, )
)
v. ) Case No. 2D14-4514
)
VPC 3, II, LLP; and NE APARTMENTS )
ASSOCIATES, INC., )
)
    Appellees. )
_____ )

Opinion filed September 25, 2015.

Appeal from the Circuit Court for
Pinellas County; Jack Day, Judge.

Ama N. Appiah of Law Office of Ama N.
Appiah, St. Petersburg, and Luke Lirot
of Luke Charles Lirot, P.A., Clearwater,
for Appellant.

Alice R. Huneycutt and Darrin J. Quam
of Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A., Tampa, for
Appellees.

PER CURIAM.

        Affirmed.

NORTHCUTT, LaROSE, and KHOUZAM, JJ., Concur.