UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS NESTOR,
Plaintiff,

V.

VPC3 II, LLP, N. E. APARTMENTS
ASSOCIATES, INC. and JUDGE
JACK DAY, in his official capacity,
Defendants.

Case No. 8:20-cv-00265-T-36TGW

_____/

**UNOPPOSED AMENDED MOTION FOR DISMISSAL OF CLAIMS AGAINST VPC3 II, LLP AND N.E. APARTMENTS ASSOCIATES, INC.**

Plaintiff, through undersigned counsel and pursuant to Rule 41(a)(2), Fed.R.Civ.P., moves for entry of an order granting its unopposed motion for dismissal of claims against Defendants VPC3 II, LLP, N.E. APARTMENTS, with prejudice. The grounds supporting this motion are set forth below:

1. Pursuant to Rule 41(a)(2), except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

2. Defendants VCP3 II, LLP and N.E. Apartments Associates, Inc. does not object to Plaintiff's request that the causes of actions against them be dismissed from the above-styled case.

3. Defendants agree to the dismissal if the Court deems to do so with prejudice.

1

4. Plaintiff requests that these Defendants be removed from the action because claims against them are secondary to the claim against the Judge and Sixth Judicial Circuit of Florida.

5. Plaintiff believes justice would be served best by sole pursuit of the claim against Defendant Judge Jack Day in this action.

WHEREFORE, Plaintiff respectfully requests that this court grant its unopposed Motion to Dismiss its claims against Defendants VPC3 II, LLP and N.E. APARTMENTS with prejudice.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that Counsel for the Movant has conferred with Counsel for Defendants regarding the relief sought in this amended motion and Counsel for Defendants have agreed to the dismissal of claims, pursuant to rule 3.01(g).

Dated: April 5, 2021

Respectfully submitted,

*Ralph Strzalkowski*
_____
Ralph Strzalkowski Esq.
Attorney for Plaintiff
Florida Bar No. 89248
**FLORIDA RIGHTS LAW FIRM**
695 Central Avenue, Suite 264
St. Petersburg, Florida 33712
Telephone:    (813) 613-2400
Facsimile:     (727) 362-1979
Email: rs@lawyeronwheels.org
flrightslawfirm@gmail.com

_____
Amber Robinson, Esq.
Attorney for Plaintiff
Fla. Bar No. 0107215
**FLORIDA RIGHTS LAW FIRM**
695 Central Avenue, Suite 264
St. Petersburg, Florida 33712
Telephone:     (813) 613-2400
Facsimile:     (727) 362-1979
Email: arobinson@arobinsonlawfirm.com
flrightslawfirm@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing and mailed the foregoing to any parties not registered for the CM/ECF system.

/s/ *Amber Robinson*

_____
Co-Counsel for Plaintiff