UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS J. NESTOR,

    Plaintiff,

v.                                                        Case No: 8:20-cv-265-CEH-TGW

VPC3 II, LLP, N.E. APARTMENTS
ASSOCIATES, INC., and JACK DAY,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff Thomas Nestor's Unopposed Amended Motion for Dismissal of Claims against VPC3 II, LLP and N.E. Apartments Associates, Inc. (Doc. 40), filed on April 5, 2021.[1] In the motion, Plaintiff requests that the claims against Defendants VCP3 II, LLP and N.E. Apartments Associates, Inc. be dismissed with prejudice and that these Defendants be dismissed from the case because the claims against them are "secondary" to his claims against the remaining Defendant, Judge Jack Day in his official capacity. The motion is unopposed. Also pending is a Motion to Dismiss filed by Defendants VCP3 II, LLP and N.E. Apartments Associates, Inc. (Doc. 33). Having considered the motions and being fully advised in the premises, it is hereby

---

[1] On April 1, 2021, Plaintiff filed an unopposed motion for dismissal of claims against VPC3 II, LLP and N.E. Apartments Associates, Inc., or in the alternative, motion to dismiss parties (Doc. 39), which will be denied as moot in light of the filing of the amended motion.

**ORDERED**:

1. Plaintiff's Unopposed Motion for Dismissal of Claims against VPC3 II, LLP and N.E. Apartments Associates, Inc. or in the alternative Motion to Dismiss Parties (Doc. 39) is **DENIED as moot**.

2. Plaintiff's Unopposed Amended Motion for Dismissal of Claims against VPC3 II, LLP and N.E. Apartments Associates, Inc. (Doc. 40) is **GRANTED**.

3. Plaintiff's claims against VPC3 II, LLP and N.E. Apartments Associates, Inc. are **DISMISSED with prejudice**.

4. The Clerk is directed to terminate VPC3 II, LLP and N.E. Apartments Associates, Inc. as parties to this action and update the docket accordingly.

5. Defendants VPC3 II, LLP and N.E. Apartments Associates, Inc.'s Motion to Dismiss [Second] Amended Complaint (Doc. 33) is **DENIED as moot**.

**DONE AND ORDERED** in Tampa, Florida on April 6, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any