UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS NESTOR,                          :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :       Case No. 8:20-cv-00265-T-36TGW
                                        :
VPC3 II, LLP, N. E. APARTMENTS          :
ASSOCIATES, INC. and JUDGE              :
JACK DAY,  in his official capacity,    :
                                        :
        Defendants.                     :
_____/

### DEENDANTS VPC3 II, LLP AND N.E. APARTMENTS ASSOCIATES, INC.'S VERIFIED SUPPLEMENTAL MOTION ON AMOUNT OF ATTORNEYS' FFES

Defendants, VPC3 II, LLP and N.E. APARTMENTS ASSOCIATES, INC. ("Defendants") file this Supplemental Motion on Amount of Attorneys' Fees and states:

This Supplemental Motion on Amount of Attorneys' Fees is filed pursuant to the Order, dated March 11, 2022 (Doc. 58) granting Defendants' Motion for Attorneys' Fees (Doc. 42) and Rule 7.01 of the Local Rules of the United District Court of the Middle District of Florida.  Accordingly, pursuant to paragraph 2 of the Order, Defendants hereby submit (i) attorney time records; and (2) justification for the hourly rates.  Defendants do not seek any costs.

### Attorneys' Fees Incurred by Defendants

The Eleventh Circuit applies the "lodestar" approach to determine reasonable attorneys' fees. *Norman v. Hous. Auth. of City of Montgomery,* 836 F.2d 1292, 1299 (11th Cir. 1988). The lodestar is the product of the number of reasonable hours and the reasonable hourly rate. *See Burlington v. Dague,* 505 U.S. 557, 559-60 (1992). The Court must determine a reasonable hourly rate, which is the prevailing market rate in the relevant legal community for similar services provided by lawyers of reasonably comparable skills, experience, and reputation. *Norman*, 836 F.2d at 1299. The second step in determining the lodestar is to assess the reasonable number of hours expended. *Id.* at 1301.

Defendants seek entry of an award of $79,470 in attorneys' fees as described in detail below.

### Attorney Hourly Rates Are Reasonable

The attorneys who worked on this matter include Alice R. Huneycutt, John N. Muratides, and Nicole Neugebauer. Additionally, Lynn Derenthal worked on this matter as a litigation paralegal. The experience of each legal professional who worked on the file and his or her hourly rate is stated below.

**<u>Alice R. Huneycutt</u>**: Ms. Huneycutt was admitted to the Florida Bar in 1980, has continuously practiced litigation in the State of Florida for 42 years, and has been employed with the Tampa law firm of Stearns Weaver Miller Weissler

Alhadeff & Sitterson, P.A. ("Stearns Weaver") since 1982.  Ms. Huneycutt has been admitted to practice in the Middle District of Florida since 1982.  Ms. Huneycutt is a shareholder with Stearns Weaver and was lead counsel on this matter, as well as lead counsel in the various state court cases which were the basis of the *res judicata* and *Rooker-Feldman* arguments in the Motion to Dismiss (Doc. 33).  She has extensive experience in state and federal court, including a broad range of complex matters.  The hourly rate charged by Ms. Huneycutt on this file is $375.00.

**John N. Muratides**:  John N. Muratides was admitted to the Florida Bar in 1981 and has continuously practiced litigation in the State of Florida with Stearns Weaver for 39 years.  Mr. Muratides has been employed with Stearns Weaver since 1983.  The hourly rate charged by Mr. Muratides on this file is $375.00.

**Nicole Neugebauer**:  Nicole Neugebauer was admitted to the Florida Bar in November 2020 and has been employed as an associate with Stearns Weaver since May 2020.  The hourly rate charged by Ms. Neugebauer on this file is $250.00.

Alice Huneycutt and John Muratides are highly qualified for the tasks performed in this case, both having extensive state and federal court experience.  Their standard hourly billing rates are $550.00; however, each agreed to work on this case at a reduced hourly rate of $375.00, a rate which is substantially below the market rate for attorneys of such experience.  The skill, experience and

reputation of the above attorneys merit the rates claimed which are reasonable. The Court's experience in these matters further supports the reasonable hourly rates.

### Hours Expended Are Reasonable

The hours expended by counsel in litigating this case are also reasonable given the type of complex legal issues raised in the Motion to Dismiss, which included the lack of subject matter jurisdiction based on the *Roooker-Feldman* doctrine, lack of diversity jurisdiction and lack of supplemental jurisdiction. Additionally, extensive work was necessary to extract information from the voluminous state trial and appellate court files in order to present the *Rooker-Feldman* doctrine and *res judicata* arguments in the Motion to Dismiss (Doc. 33). The extensive scope of the state court filings is evidenced by the Request for Judicial Notice (Doc. 32) filed by Defendants which attached 25 selected filings in the primary state trial case; nine filings in the Second District Court of Appeals; three filings in the Supreme Court of the State of Florida; two filings in a different state court case filed in 2018; and two filings in an additional state court case filed in 2020, all based on the same facts as in the federal lawsuit.

Attached hereto as Exhibit "A" is a summary of Attorney Time Records which are true and correct copies of the billing entries incurred in connection with

this case from January 21, 2021 through January 25, 2022.[1]   The summary describes in detail the number of hours expended, the scope of the work performed in those hours, and the hourly rates charged for each timekeeper.   As set forth in the billing records, the attorneys working on this case reasonably expended the following hours from January 21, 2021 through January 25, 2022:

| **Name of Attorney** | **Per Hour Rate** | **# of Hours** | **Amounts** |
|---|---|---|---|
| Alice R. Huneycutt | $375.00 | 130.80 | $49,050.00 |
| John N. Muratides | $375.00 | 42.20 | $15,825.00 |
| Nicole Neugebauer | $250.00 | 43.80 | $10,950.00 |
| Lynn     Derenthal, Paralegal | $225.00 | 16.20 | $ 3,645.00 |
| | | TOTAL: | $79,470.00 |

Below is a summary of the tasks performed and hours expended in connection with such tasks:

| | Task Narrative | Total Hours | Amount |
|---|---|---|---|
| 1. | Motion to Dismiss:  Analyze allegations of the federal complaint; evaluate state court allegations and rulings to support *Rooker-Feldman* and *res judicata* arguments; research multiple issues (*Rooker-Feldman*, supplemental jurisdiction, elements of unjust enrichment and statute of limitations; prepare motion and memorandum of law. | 100.70 | $32,145.00 |

---

[1] Defendants' attorneys' fees incurred in litigating entitlement to attorneys' fees is similarly recoverable.  *E.g., TIG Ins. Co., v. United Nat'l Ins. Co.,* 2007 WL 9698303, * at 7 (S.D. Fla. Feb. 26, 2007) (time expended in litigating entitlement to fees is compensable).

| 2. | Rule 11: Evaluate and prepare motion under Rule 11. | 60.50 | $21,062.50 |
|---|---|---|---|
| 3. | Dismissal of Amended Complaint: Telephone conferences and e-mails with opposing counsel regarding dismissal; review dismissal related filings. | 4.60 | $1,487.50 |
| 4. | Motion for Entitlement to Attorneys' Fees: Research and prepare motion for entitlement to attorneys' fees as prevailing party; evaluate Plaintiff's response; prepare for and attend hearing; research e-mails and prepare affidavit as to absence of any agreement to release Defendants' claim to attorneys' fees. | 58.20 | $21,825.00 |
| 5. | Other Litigation Matters: Case management conference; corporate disclosures; communications with opposing counsel regarding various enlargement of time issues and scheduling. | 9.00 | $2,950.00 |

Detail of the tasks performed by the attorneys for each category is set forth on Exhibit "B" attached hereto.

Although different counsel expended some time on the same aspect of the case, such tasks were coordinated and not redundant. There is nothing unreasonable for a client having multiple attorneys, and "they all may be compensated if they are not unreasonably doing the same work and are being compensated for the distinct contribution of each lawyer." *Norman*, 836 F.2d at 1302. The above attorneys' fees incurred in this matter were necessary and

reasonable given, among other things, the complexity of issues and extensive state court proceedings which were at issue.

## Conclusion

For the foregoing reasons, Defendants respectively request that this Court award Defendants their reasonable attorneys' fees in the amount of $79,470.00 and enter judgment against the Plaintiff for the amount of the fees awarded and for such further relief as this Court deems just and proper.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

I hereby certify that counsel for the movants has conferred with counsel for Plaintiff regarding the relief sought in this supplemental motion and has provided to Plaintiff's counsel on this date the detailed records attached to this Motion. Plaintiff's counsel have agreed to review such records with their clients and confer with Defendants' counsel again early in the week of April 18, 2022.  Movants will supplement this certification in accordance with Local Rule 3.01(g) subsequent to the conferral on or about April 18, 2022.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2022.

ALICE R. HUNEYCUTT

/s/ *Alice R. Huneycutt*
ALICE R. HUNEYCUTT, ESQUIRE
Florida Bar No. 293105
Primary: ahuneycutt@stearnsweaver.com
Secondary: dclarke-argo@stearnsweaver.com
 ALHADEFF & SITTERSON, P.A.
401 E. Jackson St., Ste. 2200, Tampa (33602)
Post Office Box 3299
Tampa, Florida  33601
Telephone:  (813) 223-4800
Facsimile: (813) 222-5089
Attorneys for Defendants VPC3 II, LLP
and N.E. Apartments Associates, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify on April 11, 2022, I filed the foregoing with the Clerk of Court via EM/ECF which will serve a true and correct copy upon all counsel of record.

/s/ *Alice R. Huneycutt*
ALICE R. HUNEYCUTT, ESQUIRE
Florida Bar No. 293105
Primary: ahuneycutt@stearnsweaver.com
Secondary: dclarke-argo@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
401 E. Jackson St., Ste. 2200, Tampa (33602)
Post Office Box 3299
Tampa, Florida  33601
Telephone:  (813) 223-4800
Facsimile: (813) 222-5089
Attorneys for Defendants VPC3 II, LLP
and N.E. Apartments Associates, Inc.

41513/0002/10503891 v1
04/11/22

# EXHIBIT "A"

# Attorney Time Records

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/21 | ARH | E-mail correspondence from N. Ekonomou regarding complaint served on January 20; review docket and pleadings filed in civil rights suit filed in the middle district; analyze amended complaint in federal suit; telephone conference with P. Powell and C. Booker regarding service; review article in Tampa Bay Times regarding federal suit; | 3.70 | 375.00 | 1,387.50 |
| 02/02/21 | ARH | Telephone conference with P. Powell regarding federal suit; e-mail correspondence with C. Carver regarding summons and complaints served on VCP3 in federal court; obtain updated docket sheets on federal court case; telephone conference with Eugenia Izmaylova regarding status of defense of Judge Jack Day in federal suit: review e-mail correspondence from Eugenia Izmaylova regarding case management meeting and report; review motion to dismiss filed on behalf of Judge Jack Day; review summons and due dates; | 4.10 | 375.00 | 1,537.50 |
| 02/04/21 | ARH | Analyze argument for Rooker-Feldman doctrine in preparation of motion to dismiss; | 2.50 | 375.00 | 937.50 |
| 02/08/21 | ARH | Telephone conference with P. Powell and C. Carver regarding strategy; e-mail correspondence to A. Robinson and R. Strzalkowski regarding request for enlargement of time; | 1.00 | 375.00 | 375.00 |
| 02/09/21 | ARH | E-mail correspondence to A. Robinson regarding request for consent for enlargement of time; telephone conference to A. Robinson regarding enlargement of time; telephone conference with R. Strzalkowski regarding consent to enlargement of time; e-mail correspondence from R. Strzalkowski regarding consent of enlargement of time; draft motion for enlargement of time; | 1.10 | 375.00 | 412.50 |
| 02/10/21 | ARH | Preparation of motion for extension to respond to amended complaint; review new Middle District local rules; | 0.80 | 375.00 | 300.00 |
| 02/10/21 | ARH | Evaluate arguments for motion to dismiss; | 3.00 | 375.00 | 1,125.00 |

**EXHIBIT A**

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/11/21 | ARH | Review referral of motion to extension of time to magistrate; initial preparation of disclosure statement; | 0.60 | 375.00 | 225.00 |
| 02/12/21 | ARH | Preparation of correspondence regarding disclosure statement; review Sunbiz information on VCP3 II; review endorsed order extending response date to February 24, 2021; | 1.70 | 375.00 | 637.50 |
| 02/12/21 | NAN | Analyze issues and draft memorandum regarding the Rooker-Feldman doctrine, res judicata, and the pleading requirements for unjust enrichment in order to draft motion to dismiss the second amended complaint; | 3.40 | 250.00 | 850.00 |
| 02/15/21 | ARH | E-mail correspondence with B. Swing, S. Shapiro and R. Schatz regarding Rule 11 motion; | 0.30 | 375.00 | 112.50 |
| 02/18/21 | ARH | E-mail correspondence with D. Powell and C. Carver regarding conference call; e-mail correspondence to N. Ekonomou regarding conference call; | 0.10 | 375.00 | 37.50 |
| 02/19/21 | ARH | Analyze cases in support of arguments on Rooker-Feldman, res judicata and unjust enrichment; telephone conference with N. Neugebauer regarding additional research on Rooker-Feldman and res judicata; initiate preparation of request for judicial notice; | 2.80 | 375.00 | 1,050.00 |
| 02/19/21 | NAN | Analyze issues regarding supplemental jurisdiction, Rooker-Feldmand doctrine, and res judicata to draft motion to dismiss; Strategy session regarding analysis of issues in drafting motion to dismiss based on the Rooker-Feldman doctrine, Res Judicata, failure to state a claim for unjust enrichment, and express contract principles; | 3.30 | 250.00 | 825.00 |
| 02/21/21 | ARH | Review lower court pleadings; analyze initial brief, answer brief and reply brief for references to res judicata argument; telephone conference with N. Neugebauer regarding outline of arguments for motion to dismiss; evaluate supplemental jurisdiction argument; e-mail correspondence to client regarding status of federal case; draft procedural history of case for motion to dismiss; | 7.10 | 375.00 | 2,662.50 |
| 02/21/21 | NAN | Draft motion to dismiss arguments on supplemental jurisdiction, the Rooker-Feldman doctrine, res judicata, and failure to state a claim for unjust enrichment; | 7.30 | 250.00 | 1,825.00 |

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/22/21 | ARH | Telephone conference with P. Powell and C. Carver regarding status of federal suit and arguments for motion to dismiss; various conferences with N. Neugebauer regarding legal arguments and research; preparation of motion to dismiss; telephone conference with L. Derenthal regarding separation of requests for judicial notice of lower state and appellate court filing; review docket sheet of four pending state court cases; preparation of request to judicial notice; | 7.50 | 375.00 | 2,812.50 |
| 02/22/21 | LRD | Review federal court complaint and compare with Nestor allegations against title company; review and analysis of title company case and provide to A. Huneycutt with relevant case filings; review and analysis of Second DCA docket and begin preparing request for judicial notice and segregating documents from case file; begin preparing request for judicial notice and segregating documents from 2014 case against VPC3 II, LLP; | 8.40 | 225.00 | 1,890.00 |
| 02/22/21 | NAN | Draft argument regarding statute of limitations on unjust enrichment claims; | 3.70 | 250.00 | 925.00 |
| 02/23/21 | ARH | Preparation of motion to dismiss and request for judicial notice; | 9.50 | 375.00 | 3,562.50 |
| 02/23/21 | JNM | Review and revise motion to dismiss; evaluate arguments supporting motion to dismiss; review supporting cases; | 3.00 | 375.00 | 1,125.00 |
| 02/23/21 | LRD | Continue compiling documents for and preparation of request for judicial notice; | 3.80 | 225.00 | 855.00 |
| 02/23/21 | NAN | Draft supplemental jurisdiction argument for motion to dismiss; | 2.80 | 250.00 | 700.00 |
| 02/24/21 | JNM | Review and revise motion to dismiss; revise request for judicial notice; evaluate cases supporting motion to dismiss; | 12.00 | 375.00 | 4,500.00 |
| 02/24/21 | LRD | Continue preparing request for judicial notice and compiling documents for filing; prepare documents for filing as attachments; continue adding citations to the motion to dismiss; | 4.00 | 225.00 | 900.00 |
| 02/24/21 | NAN | Revise motion to dismiss and prepare exhibits; | 8.40 | 250.00 | 2,100.00 |
| 02/25/21 | ARH | Telephone conference with A. Robinson and R. Strzalkowski regarding Rule 3.01(g) compliance; preparation of e-mail correspondence to P. Powell, C. Carver and N. Ekonomou regarding federal court filings; | 0.60 | 375.00 | 225.00 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/26/21 | ARH | Preparation of supplement to certification under Local Rule 3.01(g) regarding motion to dismiss; e-mail correspondence with A. Robinson regarding status of approval of request for judicial notice; | 0.60 | 375.00 | 225.00 |
| 03/01/21 | ARH | Review plaintiff's response to Judge Day's motion to dismiss; e-mail correspondence to A. Robinson regarding status of review of request for judicial notice documents and position of plaintiff; telephone conference to A. Robinson regarding Local Rule 3.01(g) compliance; preparation of supplement to Local 3.01(g) certification; revise supplement to Local Rule 3.01(g) certification; | 0.90 | 375.00 | 337.50 |
| 03/03/21 | ARH | E-mail correspondence to client regarding supplement certifications and response from Plaintiff to Judge Day's motion to dismiss; initiate preparation of Rule 11 motion; e-mail correspondence regarding federal suit; e-mail correspondence from A. Robinson regarding scheduling case management conference; | 0.40 | 375.00 | 150.00 |
| 03/15/21 | ARH | E-mail correspondence with A. Robinson regarding request for enlargement of time; | 0.20 | 375.00 | 75.00 |
| 03/17/21 | NAN | Analyze issues regarding Eleventh Circuit law on Rule 11 sanctions; review orders from Judge Honeywell granting a motion for sanctions under Rule 11; | 1.20 | 250.00 | 300.00 |
| 03/18/21 | ARH | Review Rule 11 cases by Judge Honeywell; | 1.30 | 375.00 | 487.50 |
| 03/19/21 | ARH | Continued analysis of Rule 11 cases and standards; telephone conferences with N. Neugebauer regarding Rule 11 orders entered related to res judicata defense; | 5.20 | 375.00 | 1,950.00 |
| 03/19/21 | NAN | Analyze issues regarding Eleventh Circuit law on Rule 11 motions for sanctions premised upon res judicata in preparation for drafting Rule 11 motion; | 3.10 | 250.00 | 775.00 |
| 03/21/21 | ARH | Preparation of Rule 11 motion; | 4.10 | 375.00 | 1,537.50 |
| 03/22/21 | ARH | Continued review of Eleventh Circuit cases for Rule 11 motion; | 5.10 | 375.00 | 1,912.50 |
| 03/22/21 | NAN | Analyze issues regarding Eleventh Circuit law on granting a Rule 11 motion for sanctions based on "exceptional circumstances" and awarding attorneys' fees and costs pursuant to a Rule 11 Motion for Sanctions; | 2.30 | 250.00 | 575.00 |
| 03/22/21 | NAN | Strategy session regarding exceptional circumstances for a court to grant attorneys | 0.30 | 250.00 | 75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | fees and standard for the court to use its inherent authority to grant attorneys fees; | | | |
| 03/23/21 | ARH | Evaluate inherent power sanctions; continued preparation of Rule 11 motion; | 8.80 | 375.00 | 3,300.00 |
| 03/23/21 | NAN | Analyze issues regarding a court's inherent authority to impose sanctions and draft argument section in motion for sanctions regarding the court's inherent authority to impose sanctions; | 3.30 | 250.00 | 825.00 |
| 03/24/21 | ARH | Continued analysis of cases and drafting of Rule 11 motion; | 8.50 | 375.00 | 3,187.50 |
| 03/25/21 | ARH | Analyze inherent authority cases; continued drafting of Rule 11 motion; retrieve state court references; review Rule 11 motion; | 11.80 | 375.00 | 4,425.00 |
| 03/25/21 | JNM | Review and revise motion for sanctions; | 1.00 | 375.00 | 375.00 |
| 03/25/21 | NAN | Review and revise Rule 11 motion for sanctions; | 2.80 | 250.00 | 700.00 |
| 03/26/21 | ARH | E-mail correspondence with J. Shapiro and B. Swing regarding approval of Rule 11 motion; preparation in final of Rule 11 motion; e-mail correspondence to N. Ekonomou, P. Powell and D. Carver regarding Rule 11 motion; | 1.40 | 375.00 | 525.00 |
| 03/30/21 | ARH | E-mail correspondence with A Robinson regarding case management meeting; | 0.20 | 375.00 | 75.00 |
| 03/31/21 | ARH | Telephone conference with A. Robinson and R. Strzalkowski regarding dropping of parties and dismissal of clients and claims; telephone conference with N. Ekonomou regarding potential dismissal; | 0.70 | 375.00 | 262.50 |
| 03/31/21 | ARH | Participate in case management conference; | 0.50 | 375.00 | 187.50 |
| 04/02/21 | ARH | Review motion to drop parties; various e-mails with A. Robinson regarding dropping parties in lieu of dismissal; review cases on Rule 41; conferences with J. Muratides and N. Neugebauer regarding Rule 41 and Rule 21; | 1.80 | 375.00 | 675.00 |
| 04/02/21 | NAN | Analyze issues regarding whether Rule 21 or Rule 41 is the proper method for dismissing a party and all claims against it; | 1.90 | 250.00 | 475.00 |
| 04/06/21 | ARH | Review order dismissing case with prejudice; | 0.20 | 375.00 | 75.00 |
| 04/18/21 | ARH | Draft motion for entitlement to attorneys' fees; review rule regarding scope of motion for entitlement; | 2.30 | 375.00 | 862.50 |
| 04/19/21 | ARH | Continue preparation of motion for determination of entitlement to attorneys' fees; telephone conferences with J. Muratides | 8.30 | 375.00 | 3,112.50 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | regarding analysis of dismissal under Rule 41 and status of research of federal entitlement to fees; | | | |
| 04/19/21 | JNM | Evaluate various issues surrounding claim for attorneys' fees; analyze cases in support of motion for attorneys' fees and assess merits of arguments in support of motion for attorneys' fees; | 5.00 | 375.00 | 1,875.00 |
| 04/20/21 | JNM | Analyze case law supporting motion for determination of entitlement to attorneys' fees; revise motion for determination of entitlement to attorneys' fees; evaluate arguments supporting motion for attorneys' fees; | 9.50 | 375.00 | 3,562.50 |
| 04/30/21 | ARH | E-mail correspondence to P. Powell, C. Carver and N. Ekonomou regarding dismissal of federal suit and motion for attorneys' fees; | 0.40 | 375.00 | 150.00 |
| 05/05/21 | JNM | Review and evaluate plaintiff's response to motion for attorneys' fees; | 0.40 | 375.00 | 150.00 |
| 05/06/21 | ARH | Review response in opposition to fees; e-mail correspondence to client regarding response in opposition to motion for attorneys' fees; e-mail correspondence to P. Powell regarding dismissal of federal suit; | 1.00 | 375.00 | 375.00 |
| 11/08/21 | ARH | E-mail correspondence with Amber Robinson regarding rescheduling 11/30 hearing to any date the week of 12/6/21; | 0.20 | 375.00 | 75.00 |
| 12/10/21 | ARH | E-mail correspondence with R. Strzalkowski regarding motion to appear telephonically; | 0.20 | 375.00 | 75.00 |
| 12/13/21 | JNM | Review motion for attorneys' fees; evaluate merits of plaintiff's response in opposition to motion for attorneys' fees; | 1.50 | 375.00 | 562.50 |
| 12/14/21 | ARH | Preparation for hearing on motion for attorneys' fees; | 4.30 | 375.00 | 1,612.50 |
| 12/14/21 | JNM | Evaluate merits of arguments in support of motion to dismiss; analyze plaintiff's arguments in opposition to motion to dismiss; | 2.80 | 375.00 | 1,050.00 |
| 12/15/21 | ARH | In-depth review of cases cited in motion for attorneys' fees; preparation for hearing on motion for attorneys' fees; attend hearing before Magistrate Wilson regarding motion for attorneys' fees; | 4.20 | 375.00 | 1,575.00 |
| 12/15/21 | JNM | Assist in preparation for hearing on motion for attorneys' fees; analyze cases in support of motion for attorneys' fees and cases cited by plaintiff in opposition to motion for attorneys' | 5.30 | 375.00 | 1,987.50 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | fees; attend hearing on motion for attorneys' fees; | | | |
| 01/02/22 | ARH | Review affidavit of plaintiff's attorneys; | 0.50 | 375.00 | 187.50 |
| 01/04/22 | ARH | Analyze affidavit of plaintiff's attorneys; review e-mails with A. Robinson; | 1.00 | 375.00 | 375.00 |
| 01/09/22 | ARH | Review affidavit filed by A. Robinson and R. Strzalkowski; review transcript of 12/15/21 hearing; review allegations for contractual attorneys' fees in motion to dismiss; review chronology of filing motion to dismiss, service of rule 11 motion, and e-mails; review e-mails during relevant time period with A. Robinson and R. Strzalkowski; preparation of affidavit; | 5.50 | 375.00 | 2,062.50 |
| 01/10/22 | ARH | Evaluate e-mails to submit; review allegations in various pleadings; preparation in final of affidavit; | 4.50 | 375.00 | 1,687.50 |
| 01/10/22 | JNM | Review and revise affidavit in opposition to opposing counsels' affidavit; review proposed exhibits to affidavit; assess contents of opposing counsels' affidavit; | 1.70 | 375.00 | 637.50 |
| 01/25/22 | ARH | Telephone conference with N. Ekonomou regarding status; | 0.30 | 375.00 | 112.50 |

### Timekeeper Summary

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Alice R. Huneycutt | 130.80 | 375.00 | 49,050.00 |
| John N. Muratides | 42.20 | 375.00 | 15,825.00 |
| Nicole Neugebauer | 43.80 | 250.00 | 10,950.00 |
| Lynn R. Derenthal | 16.20 | 225.00 | 3,645.00 |
| **Total** | **233.00** | | **$79,470.00** |

# EXHIBIT "B"

| Motion to Dismiss | | | | | |
|---|---|---|---|---|---|
| Work Date | Timekeeper Name | Hours | Hourly Rate | Amount | Narrative |
| 1/21/2021 | Alice R. Huneycutt | 3.70 | 375.00 | $1,387.50 | E-mail correspondence from N. Ekonomou regarding complaint served on January 20; review docket and pleadings filed in civil rights suit filed in the middle district; analyze amended complaint in federal suit; telephone conference with P. Powell and C. Booker regarding service; review article in Tampa Bay Times regarding federal suit; |
| 2/2/2021 | Alice R. Huneycutt | 4.10 | 375.00 | $1,537.50 | Telephone conference with P. Powell regarding federal suit; e-mail correspondence with C. Carver regarding summons and complaints served on VCP3 in federal court; obtain updated docket sheets on federal court case; telephone conference with Eugenia Izmaylova regarding status of defense of Judge Jack Day in federal suit; review e-mail correspondence from Eugenia Izmaylova regarding case management meeting and report; review motion to dismiss filed on behalf of Judge Jack Day; review summons and due dates; |
| 2/4/2021 | Alice R. Huneycutt | 2.50 | 375.00 | $937.50 | Analyze argument for Rooker-Feldman doctrine in preparation of motion to dismiss; |
| 2/10/2021 | Alice R. Huneycutt | 3.00 | 375.00 | $1,125.00 | Evaluate arguments for motion to dismiss; |
| 2/12/2021 | Alice R. Huneycutt | 1.70 | 375.00 | $637.50 | Preparation of correspondence regarding disclosure statement; review Sunbiz information on VCP3 II; review endorsed order extending response date to February 24, 2021; |
| 2/19/2021 | Alice R. Huneycutt | 2.80 | 375.00 | $1,050.00 | Analyze cases in support of arguments on Rooker-Feldman, res judicata and unjust enrichment; telephone conference with N. Neugebauer regarding additional research on Rooker-Feldman and res judicata; initiate preparation of request for judicial notice; |
| 2/19/2021 | Nicole Neugebauer | 3.30 | 250.00 | $825.00 | Analyze issues regarding supplemental jurisdiction, Rooker-Feldman and doctrine, and res judicata to draft motion to dismiss; |
| 2/21/2021 | Nicole Neugebauer | 7.30 | 250.00 | $1,825.00 | Draft motion to dismiss arguments on supplemental jurisdiction, the Rooker-Feldman doctrine, res judicata, and failure to state a claim for unjust enrichment; |
| 2/21/2021 | Alice R. Huneycutt | 7.10 | 375.00 | $2,662.50 | Review lower court pleadings; analyze initial brief, answer brief and reply brief for references to res judicata argument; telephone conference with N. Neugebauer regarding outline of arguments for motion to dismiss; evaluate supplemental jurisdiction argument; e-mail correspondence to client regarding status of federal case; draft procedural history of case for motion to dismiss; |
| 2/22/2021 | Alice R. Huneycutt | 7.50 | 375.00 | $2,812.50 | Telephone conference with P. Powell and C. Carver regarding status of federal suit and arguments for motion to dismiss; various conferences with N. Neugebauer regarding legal |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | arguments and research; preparation of motion to dismiss; telephone conference with L. Derenthal regarding separation of requests for judicial notice of lower state and appellate court filing; review docket sheet of four pending state court cases; preparation of request to judicial notice; |
| 2/22/2021 | Lynn R. Derenthal | 8.40 | 225.00 | $1,890.00 | Review federal court complaint and compare with Nestor allegations against title company; review and analysis of title company case and provide to A. Huneycutt with relevant case filings; review and analysis of Second DCA docket and begin preparing request for judicial notice and segregating documents from case file; begin preparing request for judicial notice and segregating documents from 2014 case against VPC3 II, LLP; |
| 2/22/2021 | Nicole Neugebauer | 3.70 | 250.00 | $925.00 | Draft argument regarding statute of limitations on unjust enrichment claims; |
| 2/23/2021 | John N. Muratides | 3.00 | 375.00 | $1,125.00 | Review and revise motion to dismiss; evaluate arguments supporting motion to dismiss; review supporting cases; |
| 2/23/2021 | Alice R. Huneycutt | 9.50 | 375.00 | $3,562.50 | Preparation of motion to dismiss and request for judicial notice; |
| 2/23/2021 | Lynn R. Derenthal | 3.80 | 225.00 | $855.00 | Continue compiling documents for and preparation of request for judicial notice; |
| 2/23/2021 | Nicole Neugebauer | 2.80 | 250.00 | $700.00 | Draft supplemental jurisdiction argument for motion to dismiss; |
| 2/24/2021 | Lynn R. Derenthal | 4.00 | 225.00 | $900.00 | Continue preparing request for judicial notice and compiling documents for filing; prepare documents for filing as attachments; continue adding citations to the motion to dismiss; |
| 2/24/2021 | John N. Muratides | 12.00 | 375.00 | $4,500.00 | Review and revise motion to dismiss; revise request for judicial notice; evaluate cases supporting motion to dismiss; |
| 2/24/2021 | Nicole Neugebauer | 8.40 | 250.00 | $2,100.00 | Revise motion to dismiss and prepare exhibits; |
| 2/25/2021 | Alice R. Huneycutt | 0.60 | 375.00 | $225.00 | Telephone conference with A. Robinson and R. Strzalkowski regarding Rule 3.01(g) compliance; preparation of e-mail correspondence to P. Powell, C. Carver and N. Ekonomou regarding federal court filings; |
| 2/26/2021 | Alice R. Huneycutt | 0.60 | 375.00 | $225.00 | Preparation of supplement to certification under Local Rule 3.01(g) regarding motion to dismiss; e-mail correspondence with A. Robinson regarding status of approval of request for judicial notice; |
| 3/1/2021 | Alice R. Huneycutt | 0.90 | 375.00 | $337.50 | Review plaintiff's response to Judge Day's motion to dismiss; e-mail correspondence to A. Robinson regarding status of review of request for judicial notice documents and position of plaintiff; telephone conference to A. Robinson regarding Local Rule 3.01(g) compliance; preparation of supplement to Local 3.01(g) certification; revise supplement to Local Rule 3.01(g) certification; |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS** | | **100.70** | | **$32,145.00** | |

| Rule 11 Motion | | | | | |
|---|---|---|---|---|---|
| **Work Date** | **Timekeeper Name** | **Hours** | **Hourly Rate** | **Amount** | **Narrative** |
| 2/15/2021 | Alice R. Huneycutt | 0.30 | 375.00 | $112.50 | E-mail correspondence with B. Swing, S. Shapiro and R. Schatz regarding Rule 11 motion; |
| 3/17/2021 | Nicole Neugebauer | 1.20 | 250.00 | $300.00 | Analyze issues regarding Eleventh Circuit law on Rule 11 sanctions; review orders from Judge Honeywell granting a motion for sanctions under Rule 11; |
| 3/18/2021 | Alice R. Huneycutt | 1.30 | 375.00 | $487.50 | Review Rule 11 cases by Judge Honeywell; |
| 3/19/2021 | Alice R. Huneycutt | 5.20 | 375.00 | $1,950.00 | Continued analysis of Rule 11 cases and standards; telephone conferences with N. Neugebauer regarding Rule 11 orders entered related to res judicata defense; |
| 3/19/2021 | Nicole Neugebauer | 3.10 | 250.00 | $775.00 | Analyze issues regarding Eleventh Circuit law on Rule 11 motions for sanctions premised upon res judicata in preparation for drafting Rule 11 motion; |
| 3/21/2021 | Alice R. Huneycutt | 4.10 | 375.00 | $1,537.50 | Preparation of Rule 11 motion; |
| 3/22/2021 | Nicole Neugebauer | 0.30 | 250.00 | $75.00 | Strategy session regarding exceptional circumstances for a court to grant attorneys fees and standard for the court to use its inherent authority to grant attorneys fees; |
| 3/22/2021 | Nicole Neugebauer | 2.30 | 250.00 | $575.00 | Analyze issues regarding Eleventh Circuit law on granting a Rule 11 motion for sanctions based on "exceptional circumstances" and awarding attorneys' fees and costs pursuant to a Rule 11 Motion for Sanctions; |
| 3/22/2021 | Alice R. Huneycutt | 5.10 | 375.00 | $1,912.50 | Continued review of Eleventh Circuit cases for Rule 11 motion; |
| 3/23/2021 | Nicole Neugebauer | 3.30 | 250.00 | $825.00 | Analyze issues regarding a court's inherent authority to impose sanctions and draft argument section in motion for sanctions regarding the court's inherent authority to impose sanctions; |
| 3/23/2021 | Alice R. Huneycutt | 8.80 | 375.00 | $3,300.00 | Evaluate inherent power sanctions; continued preparation of Rule 11 motion; |
| 3/24/2021 | Alice R. Huneycutt | 8.50 | 375.00 | $3,187.50 | Continued analysis of cases and drafting of Rule 11 motion; |
| 3/25/2021 | Nicole Neugebauer | 2.80 | 250.00 | $700.00 | Review and revise Rule 11 motion for sanctions; |
| 3/25/2021 | Alice R. Huneycutt | 11.80 | 375.00 | $4,425.00 | Analyze inherent authority cases; continued drafting of Rule 11 motion; retrieve state court references; review Rule 11 motion; |
| 3/25/2021 | John N. Muratides | 1.00 | 375.00 | $375.00 | Review and revise motion for sanctions; |
| 3/26/2021 | Alice R. Huneycutt | 1.40 | 375.00 | $525.00 | E-mail correspondence with J. Shapiro and B. Swing regarding approval of Rule 11 motion; preparation in final of Rule 11 motion; e-mail correspondence to N. Ekonomou, P. Powell and D. Carver regarding Rule 11 motion; |
| **TOTALS** | | **60.50** | | **$21,062.50** | |

| | |
|---|---|
| **Dismissal** | |

| Work Date | Timekeeper Name | Hours | Hourly Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 3/31/2021 | Alice R. Huneycutt | 0.70 | 375.00 | $262.50 | Telephone conference with A. Robinson and R. Strzalkowski regarding dropping of parties and dismissal of clients and claims; telephone conference with N. Ekonomou regarding potential dismissal; |
| 4/2/2021 | Nicole Neugebauer | 1.90 | 250.00 | $475.00 | Analyze issues regarding whether Rule 21 or Rule 41 is the proper method for dismissing a party and all claims against it; |
| 4/2/2021 | Alice R. Huneycutt | 1.80 | 375.00 | $675.00 | Review motion to drop parties; various e-mails with A. Robinson regarding dropping parties in lieu of dismissal; review cases on Rule 41; conferences with J. Muratides and N. Neugebauer regarding Rule 41 and Rule 21; |
| 4/6/2021 | Alice R. Huneycutt | 0.20 | 375.00 | $75.00 | Review order dismissing case with prejudice; |
| **TOTALS** | | **4.60** | | **$1,487.50** | |

| Motion for Entitlement to Attorneys' Fees | | | | | |
|---|---|---|---|---|---|
| Work Date | Timekeeper Name | Hours | Hourly Rate | Amount | Narrative |
| 4/18/2021 | Alice R. Huneycutt | 2.30 | 375.00 | $862.50 | Draft motion for entitlement to attorneys' fees; review rule regarding scope of motion for entitlement; |
| 4/19/2021 | Alice R. Huneycutt | 8.30 | 375.00 | $3,112.50 | Continue preparation of motion for determination of entitlement to attorneys' fees; telephone conferences with J. Muratides regarding analysis of dismissal under Rule 41 and status of research of federal entitlement to fees; |
| 4/19/2021 | John N. Muratides | 5.00 | 375.00 | $1,875.00 | Evaluate various issues surrounding claim for attorneys' fees; analyze cases in support of motion for attorneys' fees and assess merits of arguments in support of motion for attorneys' fees; |
| 4/20/2021 | John N. Muratides | 9.50 | 375.00 | $3,562.50 | Analyze case law supporting motion for determination of entitlement to attorneys' fees; revise motion for determination of entitlement to attorneys' fees; evaluate arguments supporting motion for attorneys' fees; |
| 5/5/2021 | John N. Muratides | 0.40 | 375.00 | $150.00 | Review and evaluate plaintiff's response to motion for attorneys' fees; |
| 5/6/2021 | Alice R. Huneycutt | 1.00 | 375.00 | $375.00 | Review response in opposition to fees; e-mail correspondence to client regarding response in opposition to motion for attorneys' fees; e-mail correspondence to P. Powell regarding dismissal of federal suit; |
| 11/8/2021 | Alice R. Huneycutt | 0.20 | 375.00 | $75.00 | E-mail correspondence with Amber Robinson regarding rescheduling 11/30 hearing to any date the week of 12/6/21; |
| 12/10/2021 | Alice R. Huneycutt | 0.20 | 375.00 | $75.00 | E-mail correspondence with R. Strzalkowski regarding motion to appear telephonically; |
| 12/13/2021 | John N. Muratides | 1.50 | 375.00 | $562.50 | Review motion for attorneys' fees; evaluate merits of plaintiff's response in opposition to motion for attorneys' fees; |

| 12/14/2021 | John N. Muratides | 2.80 | 375.00 | $1,050.00 | Evaluate merits of arguments in support of motion to dismiss; analyze plaintiff's arguments in opposition to motion to dismiss; |
|---|---|---|---|---|---|
| 12/14/2021 | Alice R. Huneycutt | 4.30 | 375.00 | $1,612.50 | Preparation for hearing on motion for attorneys' fees; |
| 12/15/2021 | Alice R. Huneycutt | 4.20 | 375.00 | $1,575.00 | In-depth review of cases cited in motion for attorneys' fees; preparation for hearing on motion for attorneys' fees; attend hearing before Magistrate Wilson regarding motion for attorneys' fees; |
| 12/15/2021 | John N. Muratides | 5.30 | 375.00 | $1,987.50 | Assist in preparation for hearing on motion for attorneys' fees; analyze cases in support of motion for attorneys' fees and cases cited by plaintiff in opposition to motion for attorneys' fees; attend hearing on motion for attorneys' fees; |
| 1/2/2022 | Alice R. Huneycutt | 0.50 | 375.00 | $187.50 | Review affidavit of plaintiff's attorneys; |
| 1/4/2022 | Alice R. Huneycutt | 1.00 | 375.00 | $375.00 | Analyze affidavit of plaintiff's attorneys; review e-mails with A. Robinson; |
| 1/9/2022 | Alice R. Huneycutt | 5.50 | 375.00 | $2,062.50 | Review affidavit filed by A. Robinson and R. Strzalkowski; review transcript of 12/15/21 hearing; review allegations for contractual attorneys' fees in motion to dismiss; review chronology of filing motion to dismiss, service of rule 11 motion, and e-mails; review e-mails during relevant time period with A. Robinson and R. Strzalkowski; preparation of affidavit; |
| 1/10/2022 | John N. Muratides | 1.70 | 375.00 | $637.50 | Review and revise affidavit in opposition to opposing counsels' affidavit; review proposed exhibits to affidavit; assess contents of opposing counsels' affidavit; |
| 1/10/2022 | Alice R. Huneycutt | 4.50 | 375.00 | $1,687.50 | Evaluate e-mails to submit; review allegations in various pleadings; preparation in final of affidavit; |
| **TOTALS** | | **58.20** | | **$21,825.00** | |

| Other litigation matters | | | | | |
|---|---|---|---|---|---|
| **Work Date** | **Timekeeper Name** | **Hours** | **Hourly Rate** | **Amount** | **Narrative** |
| 2/8/2021 | Alice R. Huneycutt | 1.00 | 375.00 | $375.00 | Telephone conference with P. Powell and C. Carver regarding strategy; e-mail correspondence to A. Robinson and R. Strzalkowski regarding request for enlargement of time; |
| 2/9/2021 | Alice R. Huneycutt | 1.10 | 375.00 | $412.50 | E-mail correspondence to A. Robinson regarding request for consent for enlargement of time; telephone conference to A. Robinson regarding enlargement of time; telephone conference with R. Strzalkowski regarding consent to enlargement of time; e-mail correspondence from R. Strzalkowski regarding consent to enlargement of time; draft motion for enlargement of time; |
| 2/10/2021 | Alice R. Huneycutt | 0.80 | 375.00 | $300.00 | Preparation of motion for extension to respond to amended complaint; review new Middle District local rules; |

| 2/11/2021 | Alice R. Huneycutt | 0.60 | 375.00 | $225.00 | Review referral of motion to extension of time to magistrate; initial preparation of disclosure statement; |
|---|---|---|---|---|---|
| 2/12/2021 | Nicole Neugebauer | 3.40 | 250.00 | $850.00 | Analyze issues and draft memorandum regarding the Rooker-Feldman doctrine, res judicata, and the pleading requirements for unjust enrichment in order to draft motion to dismiss the second amended complaint; |
| 2/18/2021 | Alice R. Huneycutt | 0.10 | 375.00 | $37.50 | E-mail correspondence with D. Powell and C. Carver regarding conference call; e-mail correspondence to N. Ekonomou regarding conference call; |
| 3/3/2021 | Alice R. Huneycutt | 0.40 | 375.00 | $150.00 | E-mail correspondence to client regarding supplement certifications and response from Plaintiff to Judge Day's motion to dismiss; initiate preparation of Rule 11 motion; e-mail correspondence regarding federal suit; e-mail correspondence from A. Robinson regarding scheduling case management conference; |
| 3/15/2021 | Alice R. Huneycutt | 0.20 | 375.00 | $75.00 | E-mail correspondence with A. Robinson regarding request for enlargement of time; |
| 3/30/2021 | Alice R. Huneycutt | 0.20 | 375.00 | $75.00 | E-mail correspondence with A Robinson regarding case management meeting; |
| 3/31/2021 | Alice R. Huneycutt | 0.50 | 375.00 | $187.50 | Participate in case management conference; |
| 4/30/2021 | Alice R. Huneycutt | 0.40 | 375.00 | $150.00 | E-mail correspondence to P. Powell, C. Carver and N. Ekonomou regarding dismissal of federal suit and motion for attorneys' fees; |
| 1/25/2022 | Alice R. Huneycutt | 0.30 | 375.00 | $112.50 | Telephone conference with N. Ekonomou regarding status; |
| **TOTALS** | | **9.00** | | **$2,950.00** | |

10503878 v1