UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS NESTOR,
Plaintiff,

V.

VPC3 II, LLP, N. E. APARTMENTS
ASSOCIATES, INC. and JUDGE
JACK DAY, in his official capacity,
Defendants.

Case No. 8:20-cv-00265-T-36TGW

_____/

## **NOTICE OF APPEAL**

THOMAS NESTOR, through undersigned counsel for the limited purpose of filing this Notice on his behalf, hereby files this Notice of Appeal to the Eleventh Circuit Court of Appeal, regarding .the Order Granting Motion for Attorney Fees (Dkt 64).

Dated: January 30, 2023

Respectfully submitted,

FLORIDA RIGHTS LAW FIRM
/s/AMBER ROBINSON
AMBER C. ROBINSON, ESQ.
Florida Bar No. 107215
/s/ RALPH STRZALKOWSKI
RALPH STRZALKOWSKI, ESQ.
Florida Bar No. 89248
FLORIDA RIGHTS LAW FIRM
360 Central Avenue, Suite 800
St. Petersburg, Florida 33701
Telephone:(813) 613-2400
Facsimile: (727) 362-1979
Email: arobinson@arobinsonlawfirm.com
      rs@lawyeronwheels.org
*Limited Counsel for pro se Appellant, Thomas Nestor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties on the service list.

/s/ Amber Robinson