UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS J. NESTOR,

    Plaintiff,

v.                            CASE NO. 8:20-cv-265-CEH-TGW

VPC3 II, LLP, N.E. APARTMENTS
ASSOCIATES, INC., and JACK DAY

    Defendants.
_____/

## ORDER

    THIS CAUSE came on for consideration upon the Plaintiff's Second Motion to Withdraw as Counsel (Doc.79).

    Attorney Ralph Strzalkowski counsel seeks to withdraw as counsel for the plaintiff (id., p. 1). The plaintiff consents to the withdrawal (id.). Further, Judge Honeywell has stayed this matter in order to permit the plaintiff time to obtain new counsel and/or seek legal assistance (see Doc. 78). Thus, the motion will be granted.

    It is, therefore, upon consideration,

    ORDERED:

    That the Plaintiff's Second Motion to Withdraw as Counsel (Doc.79) be, and the same is hereby, **GRANTED** Accordingly, attorney

1

Ralph Strzalkowski is relieved of further responsibility in this case.

DONE and ORDERED at Tampa, Florida, this 11th day of July, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE