UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS J. NESTOR,
Plaintiff,

CIVIL ACTION NO. 8:20-cv-00265

vs.

VPC3 II, LLP,
a Florida Limited Liability
and N.E. APARTMENTS
ASSOCIATES, INC.,
a Florida Corporation,
JUDGE JACK DAY
In his official capacity for declaratory judgment only,
Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S VPC3 II, LLP AND N.E. APARTMENTS ASSOCIATES, INC.'S MOTION FOR ENTRY OF ORDER ADOPTING MAGISTRATE'S ORDERS AWARDING ATTORNEYS' FEES AND PLAINTIFF'S MOTION TO BE ADDED TO THE COURT'S CASE MANAGEMENT/ELECTRONIC FILING SYSTEM (CM/ECF)**

Plaintiff, THOMAS J. NESTOR files this Motion and states as follows:

1. On August 25, 2024, Plaintiff saw on CourtListener.com that there was an Order filed in this case on August 13, 2024, by the Honorable Judge Honeywell (Doc. 81) of which states within thirty (30) days of the date of

this Order, either Plaintiff's counsel or Plaintiff (if he is proceeding without counsel) shall file a response to Defendants VPC3 II, LLP ("VPC") and N.E. Apartments Associates, Inc's ("NE APTS") Motion for Entry of Order Adopting Magistrate's Orders Awarding Attorneys' Fees (Doc. 71).

2. On August 26, 2024, Plaintiff called the Clerk for the US Middle District Court of Florida to inquire about this Order, and find out why Plaintiff did not receive notice of the Order from the Court, nor notice from any counsel of record in this case.

3. Plaintiff was told from the Clerk that the Court does not have Plaintiff, Thomas J. Nestor listed as the contact for this case, and added that currently Amber C. Robinson from Robinson Law Office, PLLC is listed as the "*ATTORNEY TO BE NOTICED*" for Plaintiff in this case, and that notice of the Order was sent to Ms. Robinson and Robinson Law Office, PLLC.

4. Plaintiff let the Clerk know, as it is in the Court record, that sadly Amber C. Robinson had passed away, and Ms. Robinson and Robinson Law Office, PLLC no longer exist, and no longer represent Plaintiff.

5. Plaintiff requested the Clerk add Plaintiff's email and home address to the Clerk's information and that Plaintiff also be added to the Court's Case Management/Electronic Case Filing (CM/ECF) for all future notices and filings to and from the Court.

6. Plaintiff was told by the Clerk that pro se litigants must file a motion to the Court first requesting (CM/ECF) e-filing access in their case.

7. Given the above, and that also emergency health issues have arisen for Plaintiff on August 22, 2024, that require a medical procedure this month, of which counsel for the Defendants are aware, Plaintiff needs appropriate time to properly respond to Defendants pending motion and the Court's Order

8. Plaintiff reached out to counsel for Defendants requesting an extension of time of twenty-one (21) to respond to Defendants pending Motion for Entry of Order Adopting Magistrate's Orders Awarding Attorney's Fees.

9. Plaintiff received confirmation today, August 27, 2024, that Counsel for Defendants do not oppose Plaintiff's motion for an extension of time to respond to Defendants pending motion to October 3, 2024.

10. Counsel for Defendants also did not oppose nor object to Plaintiff's request to being added to Court's Case Management/Electronic Case Filing (CM/ECF) for all future notices and filings to and from the Court.

11. Plaintiff files this Motion in good faith and not for purpose of delay nor any improper purpose.

12. Defendants will not be prejudiced by this motion being granted.

13. Plaintiff respectfully requests this motion be granted along with the mutually agreed to extension of time for Plaintiff to respond to Defendants

pending motion (Doc. 71) to October 3, 2024, and to allow Plaintiff a full opportunity to properly respond to the Honorable Judge Honeywell's Order (Doc. 81) and that Plaintiff be allowed to be added to the Court's Case Management/Electronic Case Filing (CM/ECF) for all future notices and/or filings to and from the Court.

WHEREFORE, Plaintiff THOMAS J. NESTOR prays and respectfully moves this Court for the above-stated relief and any other relief this court deems necessary and proper.

Respectfully submitted,

*/s/ Thomas J. Nestor*
Thomas J. Nestor
500 45th Avenue NE
St. Petersburg, FL 33703
Phone: (727) 686-2163
Email: PlaintiffThomasJN@gmail.com
Plaintiff, pro se

**CERTIFICATE OF SERVICE**

I, Plaintiff, Thomas J. Nestor hereby certify that a true and correct copy of the foregoing was served to counsel of record for Defendants by Email or US Mail to the offices of Stearns Weaver Miller in Tampa and the Florida Attorney General's Office Civil Litigation - Tampa Bureau on this date of August 27, 2024.