UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS J. NESTOR,
Plaintiff,

CIVIL ACTION NO. 8:20-cv-00265

vs.

VPC3 II, LLP,
a Florida Limited Liability
and N.E. APARTMENTS
ASSOCIATES, INC.,
a Florida Corporation,
JUDGE JACK DAY
In his official capacity for declaratory judgment only,
Defendants.

### EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S VPC3, II LLP AND N.E. APARTMENTS ASSOCIATES, INC'S MOTION FOR ENTRY OF ORDER ADOPTING MAGISTRATES ORDERS AWARDING ATTORNEY'S FEES

Plaintiff, THOMAS J. NESTOR states as follows:

1. On October 1, 2024, the Honorable Judge Honeywell entered an order granting an Emergency Motion for an extension of time to file a response to Defendants VPC3 II, LLP and N.E. Apartments Associates Inc's Motion for Entry of Order Adopting Magistrates Orders Awarding Attorneys' Fees (Doc. 84). Plaintiff's response is due by October 24, 2024.

2. Plaintiff filed the aforementioned motion in good faith based on numerous unforeseen hardships and damages that occurred on September 26, 2024, to Plaintiff's residence, possessions and legal notes and case files due to the negative impacts of Hurricane Helene that ravaged St. Petersburg and the Tampa Bay area with massive storm surge and flooding.

3. On October 02, 2024, while Plaintiff was still in shock assessing all the damages from Hurricane Helene, and in the midst of disaster recovery, Plaintiff was advised that there was another storm that was headed to the Gulf of Mexico that could develop into a tropical storm effecting Tampa Bay.

4. On October 4, 2024, Plaintiff's concerns increased greatly, again for a second time, when he learned the storm brewing could now become a hurricane impacting St. Petersburg, with a direct hit and/or landfall in the Tampa Bay area with another wave of storm surge that could negatively effect Plaintiff's home. Plaintiff had to once again plan for mandatory evacuations, prepare for the storm and secure Plaintiff's elder mother's home for a second time which is in Pinellas County Evacuation/Flood Zone A.

5. On October 5, 2024, Governor DeSantis declared a state of emergency for 35 counties in Florida, including Pinellas County where Plaintiff resides due to Tropical Storm Milton that was now being forecasted to be a catastrophic hurricane headed directly for St. Pete and Tampa, Florida.

6. On October 07, 2024, Pinellas County issued a Mandatory Evacuation Order for all residents in Zones A, B and C of which area included Plaintiff's home.

7. On October 09, 2024, Hurricane Milton made landfall just south of the Skyway Bridge in Sarasota, Florida with a devastating effect that caused additional wind and rain damage to Plaintiffs home and now vehicle, with extended power outages, boil alert notices for city residents' water that was contaminated and Internet service down that has yet to be restored.

8. As of today, October 21, 2024, the Snell Shores neighborhood of which Plaintiff resides is still a disaster area, and Plaintiff is drafting and filing this Emergency Motion working from a hotel lobby located in downtown St. Petersburg with allowed guest Wi-Fi access.

9. Plaintiff was advised by his cable provider that they do not know when he will have Internet service again at his home due "widespread structural damage" to their infrastructure caused by both hurricanes.

10. Plaintiff has continued and now additional clean up and damages from back to back natural disasters that need to be immediately addressed, including but not limited to damages and replacement cost lists for the insurance adjustor, A/C unit fixed and replacement of contaminated parts/basin, house contents and yard debris removal and other professional inspectors/inspections that are still yet to take place regarding restoration/mold issues for both the home where Plaintiff resides and now Plaintiff's vehicle that has water damage from the second storm.

11. Said disaster recovery work is a 12-16 hour a day affair that started on September 27, 2024, and has yet to come close to completion.

12. In addition to the two (2) natural disasters that have occurred within the last 4-weeks causing Plaintiff significant hardships, stress and illness, on October 10, 2014, Plaintiff's father passed away in Norridge, IL, while Plaintiff was returning home from mandatory evacuations from Hurricane Milton.

13. Plaintiff is the last bearer of the Nestor family name, former POA for his father and only authorized person, who needs to leave for Chicagoland as soon as able, either once the emergency needs of Hurricane Helene and Hurricane Milton are completed, or at earliest time able during the disaster recovery, which is yet to be determined, so as Plaintiff can take care of Plaintiff's father's funeral arrangements, home needs and final business affairs.

14. This additional and unforeseen family emergency for Plaintiff and needs for Plaintiff's deceased father will most likely commence next week or the first week of November and take at least three to four weeks' time.

15. Given the above, Plaintiff will not be able be able to respond to the Honorable Judge Honeywell's Order by October 24, 2024.

16. Plaintiff respectfully requests this Emergency Motion be granted to allow for extension of time of 45-days to December 16, 2024, for Plaintiff to file a response to Defendants VPC3 II, LLP and N.E. Apartments Associates Inc's Motion for Entry of Order Adopting Magistrates Orders Awarding Attorneys' Fees (or) for an extended date and time that the court deems just and fair given the three (3) traumatic events that have occurred to Plaintiff, that also takes into consideration that the Defendants and Defendants counsel may also be

going through similar losses of property and post storm stresses from Hurricane Helene and Hurricane Milton.

17. Plaintiff files this Motion in good faith and not for purpose of delay nor any improper purpose.

18. Defendants will not be prejudiced by this Emergency Motion being granted.

WHEREFORE, Plaintiff THOMAS J. NESTOR prays and respectfully moves this Court for the above-stated relief and any other relief this court deems necessary and proper.

Respectfully submitted,

*/s/ Thomas J. Nestor*
Thomas J. Nestor
500 45th Avenue NE
St. Petersburg, FL 33703
Phone: (727) 686-2163
Email: PlaintiffThomasJN@gmail.com
Plaintiff, pro se

**CERTIFICATE OF SERVICE**

I, Plaintiff, Thomas J. Nestor hereby certify that a true and correct copy of the foregoing was served to counsel of record for Defendants by Email or US Mail to the offices of Stearns Weaver Miller on October 21, 2024.