# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THOMAS J. NESTOR,
Plaintiff,

v.                                          CASE NO. 8:20-cv-265-CEH-TGW

VPC3 II, LLP,
a Florida Limited Liability,
N.E. APARTMENTS ASSOCIATES, INC.,
a Florida Corporation, and
JUDGE JACK DAY, in his official capacity
for declaratory judgment only,
Defendants.

## O R D E R

THIS CAUSE came on for consideration upon the Plaintiff's Objections & Motion for Protective Order Against Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 99), Plaintiff's Amended Objections and Motion for Protective Order to Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 101), and Plaintiff's Motion for Extension of Time to Respond to Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 98).

First, the Plaintiff's Objections & Motion for Protective Order Against Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 99) is denied as moot in light of the subsequent motion.

The Plaintiff's Amended Objections and Motion for Protective Order to Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 101) is denied. The plaintiff must identify specific requests for information and state why he contends that they are improper and overbroad. My standing order (Doc. 26) states the format to use in drafting such a motion. A general statement that the discovery request is "premature, overly broad, unduly burdensome, harassing, and improper" (Doc. 101, p. 1) is not acceptable. Any request that does not follow my standing order will be denied. The plaintiff may file a second amended objection and motion for a protective order within 14 days from the date of this order and the defendant may within 14 days of that order file a response.

Further, the Plaintiff's Motion for Extension of Time to Respond to Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 98) is granted to the extent that the plaintiff has 14 days from the date of this order to object or produce the information.

It is, accordingly,

ORDERED:

That the Plaintiff's Objections & Motion for Protective Order Against Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 99) is **DENIED**. The Plaintiff's Amended Objections and Motion for Protective Order to Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 101) is **DENIED** and the plaintiff

2

has up to and including **April 23, 2025**, to file a second amended objection and motion for a protective order. The Plaintiff's Motion for Extension of Time to Respond to Defendants' Request for Production of Documents in Aid of Execution to Thomas J. Nestor (Doc. 98) is **GRANTED** and the plaintiff has up to and including **April 23, 2025**, to object or produce the information.

DONE and ORDERED at Tampa, Florida, this $\underline{9^{th}}$ day of April 2025.

Thomas G. Wilson

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE