UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS J. NESTOR,

Plaintiff,

v.                                          CASE No. 8:20-cv-265-CEH-TGW

VPC3 II, LLP, N.E. APARTMENTS
ASSOCIATES, INC. and JUDGE JACK
DAY, in his official capacity,

Defendants.

_____

# **O R D E R**

THIS CAUSE came on to be heard upon the Defendant's Motion to Compel Production of Documents in Response to Request for Production and Deposition of Plaintiff Thomas J. Nestor (Doc. 111).

At the hearing, a jurisdictional issue was raised because the underlying award has been appealed to the court of appeals. The defendant asserts that I do have jurisdiction over this matter and requested the opportunity to submit a memorandum on that issue. The defendant was given twenty (20) days to submit a memorandum. The plaintiff was given twenty (20) days to respond.

1

DONE and ORDERED at Tampa, Florida, this 15th day of

September 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE